796 A.2d 889

DAVID CARTER, ET AL., PLAINTIFFS–RESPONDENTS, v. ALICE F. REYNOLDS, DEFENDANT, AND STEVENS, FLUHR, CHISMAR, ALVINO & SCHECHTER, CPA, DEFENDANTS–MOVANTS.

April 3, 2002.

## ORDER

Leave to appeal is granted.

796 A.2d 889

COMMUNITY MEDICAL CENTER, PLAINTIFF–RESPONDENT, v. NEW JERSEY DEPARTMENT OF HEALTH DEFENDANT–RESPONDENT, AND DEBORAH HEART AND LUNG CENTER, DEFENDANT–MOVANT.

April 3, 2002.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to hear the interlocutory appeal on the merits.